IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Gwendolyn A

Printed: 10/22/08

Case Number: 07 B 23142
Judge: Wedoff, Eugene R
Filed: 12/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,875.00 |  |
| Secured: |  | 1,082.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 677.82 |
| Trustee Fee: |  | 114.48 |
| Other Funds: |  | 0.00 |
| Totals: | 1,875.00 | 1,875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,643.00 | 677.82 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Chicago Area Fed Credit Union | Secured | 10,804.53 | 1,082.70 |
| 4. | Cook County Treasurer | Secured | 696.00 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 26,784.84 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 1,054.76 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 102.73 | 0.00 |
| 8. | Corporate America Family CU | Unsecured | 151.33 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 1,179.36 | 0.00 |
| 10. | RJM Acquisitions LLC | Unsecured | 8.64 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 18.00 | 0.00 |
| 12. | Chicago Area Fed Credit Union | Unsecured | 1,712.08 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 26.50 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 477.02 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 300.89 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 6.63 | 0.00 |
| 17. | Chicago Area Fed Credit Union | Unsecured |  | No Claim Filed |
| 18. | Chicago Area Fed Credit Union | Unsecured |  | No Claim Filed |
| 19. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 20. | Cbe Group | Unsecured |  | No Claim Filed |
| 21. | Aspire Visa | Unsecured |  | No Claim Filed |
| 22. | Chicago Area Fed Credit Union | Unsecured |  | No Claim Filed |
| 23. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 24. | Chicago Area Fed Credit Union | Unsecured |  | No Claim Filed |
| 25. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 26. | Ginny's | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Gwendolyn A

Printed: 10/22/08

Case Number: 07 B 23142
Judge: Wedoff, Eugene R
Filed: 12/10/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | Midnight Velvet | Unsecured | | No Claim Filed |
| 29. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 30. | Harris & Harris | Unsecured | | No Claim Filed |
| 31. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 32. | Park Dansan | Unsecured | | No Claim Filed |
| 33. | Purchasing Power LLC | Unsecured | | No Claim Filed |
| 34. | Park Dansan | Unsecured | | No Claim Filed |
| | | | $ 45,966.31 | $ 1,760.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 36.29 |
| 6.5% | 78.19 |
| | $ 114.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

